IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF SOUTH CAROLINA

# NOTICE

PRE-TRIAL CONFERENCES,
CHANGE OF PLEAS and JURY SELECTION



## FOR THE HONORABLE BRUCE H. HENDRICKS
## UNITED STATES DISTRICT JUDGE

### NOTICE OF PRE-TRIAL CONFERENCE

**PLEASE TAKE NOTICE** that the following cases are scheduled for Pre-trial Conference in the J. Waties Waring Judicial Center, 83 Meeting Street, Charleston, South Carolina, **Courtroom 2**, on:

## TUESDAY, NOVEMBER 8, 2022

DEFENDANTS WHO ARE IN CUSTODY SHALL APPEAR BY VIDEO. DEFENDANTS ON BOND SHALL APPEAR IN PERSON UNLESS A WAIVER OF APPEARANCE IS FILED. ALL ATTORNEYS SHALL APPEAR IN PERSON. EACH ATTORNEY IS REQUIRED TO CONFER WITH THE UNITED STATES ATTORNEY'S OFFICE AND REVIEW THE DISCOVERY MATERIAL BEFORE THE PRE-TRIAL CONFERENCE.

### NOTICE OF CHANGE OF PLEA HEARING

**PLEASE TAKE NOTICE** that **PLEAS** are scheduled for **Tuesday, November 8, 2022 at 11:00 a.m.** immediately following the Pretrial Conferences.

# **NOTICE OF JURY SELECTION**

**PLEASE TAKE NOTICE** that all cases in which a guilty plea is not entered are scheduled for JURY SELECTION in the J. Waties Waring Judicial Center, 83 Meeting Street, Charleston, South Carolina, **Courtroom 2**, on:

## **Monday, November 14, 2022 at 9:00A.M.**

Supplemental Juror Questionnaires and lists will be uploaded into CM/ECF as a padlocked event seven days prior to jury selection and made electronically available to counsel of record only. To obtain access, counsel must file the revised Juror Questionnaire/List Request Form in the case, using the event: Certification – Juror Questionnaire and List Request, found under Other Filings – Trial Documents. Counsel will no longer obtain copies from copy services.

**\*\*ALL ATTORNEYS ARE ADVISED TO REVIEW JUDGE HENDRICKS' ATTACHED STANDING ORDER IN CRIMINAL MATTERS**.
Attorneys representing criminal defendants must notify your clients of all hearings.
The Clerk's Office will mail notification of all hearings to sureties.

**\*\*ALL ATTORNEYS ARE REQUIRED TO USE THE ELECTRONIC COURTROOM PRESENTATION SYSTEM FOR TRIAL**.
If your case goes to trial and you have not participated in electronic courtroom training, please contact Virginia Druce (843-579-1407) regarding use of the electronic system. Training will not be conducted the morning of trial or the day prior to trial.

*PLEASE CONTACT*   *Virginia Druce* (843.579.1407):

(1) immediately if your client is on bond and arrested in another venue;
(2) if any motion filed with the court is resolved prior to the Pretrial;
(3) for all questions regarding criminal cases;

> At the direction of the Court
> ROBIN L. BLUME, CLERK
> U.S. DISTRICT COURT

## 10:00 a.m.

| Case No. | Defendant | Counsel |
|---|---|---|
| 2:19-1031-1 | Cornell Jermaine Wigfall<br>Custody | Jamie Schoen, AUSA<br>Grady Query, RET<br>Alexander Tesoriero, RET |
| 2:21-115-5 | Terry Tyrone Pollard<br>Custody | Emily Limehouse, AUSA<br>Cameron Marshall, CJA |
| 2:21-148-1 | John Yurkovich<br>Bond | Emily Limehouse, AUSA<br>Rose Mary Parham, RET |
| 2:21cr323 | Steven Brian Leap<br>Custody | Sean Kittrell, AUSA<br>Thad Doughty, CJA |
| 2:21-613-1 | William L. Rivers<br>Bond | Sean Kittrell, AUSA<br>Charles Cochran, AFPD |
| 2:21-854-1 | Denzel Jermaine Washington<br>Custody | Sean Kittrell, AUSA<br>Cody Groeber, AFPD |
| 2:21-867-1 | Vonti Rashad Simmons<br>Bond | Kristen Bales, AUSA<br>Cody Groeber, AFPD |
| 2:22-30-1 | Franklin Leon Lichwa<br>Bond | Dean Secor, AUSA<br>Cody Groeber, AFPD |
| 2:22-32-1 | Alonzo Markell Jenkins<br>Custody | Carra Henderson, AUSA<br>Ann Walsh, AFPD |
| 2:22-139-3 | LaJustin Williams<br>Custody | Allessandra Stewart, AUSA<br>Deon Tedder, David Aylor, RET. |
| 2:22-139-4 | Tyrone Peterson<br>Bond | Allessandra Stewart, AUSA<br>Thad Doughty, CJA |
| 2:22-139-6 | Tyrone Wilson<br>Custody | Allessandra Stewart, AUSA<br>James H. May, |
| 2:22-139-11 | Cornelius Walker<br>Custody | Allessandra Stewart, AUSA<br>Frank Cornely, CJA |
| 2:22cr193-1 | David Hiers<br>Bond | Dean Secor, AUSA<br>Alicia Penn, AFPD |
| 2:22CR193-2 | Loretta Hiers<br>Bond | Dean Secor, AUSA<br>Larry Wayne Weidner |

A

## **10:30 a.m.**

| Case | Defendant | Counsel |
|---|---|---|
| 2:22-256 | Warren Lamar Forrest<br>Custody | Chris Lietzow, AUSA<br>Richard Buchanan, CJA |
| 2:22-292-1 | Hasib Muqsit-Rivers<br>Custody | Elle Klein/Jane Taylor, AUSA<br>Ann Walsh, AFPD |
| 2:22cr293 | Felicia Lyles<br>Custody | Katherine Orville, AUSA<br>Alicia Penn, AFPD |
| 2:22cr399 | Reyneldo Kemond Singleton<br>Bond | Sean Kittrell, AUSA<br>Charles Cochran, AFPD |
| 2:22-522-1 | Roy Michael Limehouse<br>Bond | Chris Lietzow, AUSA Nathan<br>Williams, RET |
| 2:22-522-2 | Roosevelt Curry<br>Bond | Chris Lietzow, AUSA Charles<br>Cochran, AFPD |
| 2:22-522-3 | Joey Leverane Brown, Jr<br>Bond | Chris Lietzow, AUSA<br>Arie Bax, CJA |
| 2:22-522-4 | Shannon Hubert Baxley<br>Bond | Chris Lietzow, AUSA David<br>McCann, CJA |
| 2:22-522-5 | James Franklin Roundtree<br>Bond | Chris Lietzow, AUSA Richard<br>Buchanan, CJA |
| 2:22-522-6 | Jeremy Allen Bessinger<br>Bond | Chris Lietzow, AUSA<br>Wells Dickson, CJA |
| 2:22-522-7 | Brandon Isaiah McLaughlin<br>Bond | Chris Lietzow, AUSA<br>Chris Adams, CJA |
| 2:22-643-1 | Matthew Donald Kelly<br>Custody | Allessandra Stewart, AUSA<br>Cody Groeber, AFPD |
| 2:22-645-1 | Willie Thyrone Brown<br>Custody | Whit Sowards, AUSA Alica<br>Penn, AFPD |
| 2:22-645-2 | Kajuan Douvntrall Middleton<br>Custody | Whit Sowards, AUSA<br>Jack Frost, RET |
| 2:22cr794 | Joanna Elizabeth Velazquez<br>Custody | Carra Henderson, AUSA<br>Christopher Murphy, CJA |
| 2:22cr794 | Carl Shedrick Hopkins<br>Custody | Carra Henderson, AUSA<br>Arie Bax, CJG |
| 2:22cr794 | Kenneth Douglas Beach<br>Custody | Carra Henderson, AUSA<br>Cody Groeber, AFPD |

| | | |
|---|---|---|
| 9:16cr544 | Jose Amador | Sean Kittrell, AUSA |
| *Interpreter Needed | Custody | Alicia Penn, AFPD |
| | | |
| 9:21cr504 | Tyrone Evan Lewis Grayson | Carra Henderson, AUSA |
| | Custody | Charles Cochran |
| | | |
| 9:22cr393 | Zachary N. Manley | Katherine Orville, AUSA |
| | Bond | Tim Kulp, RET |
| | | |
| 9:22cr707 | Leroy Lawrence Bolger, Jr. | Dean Secor, AUSA |
| | Custody | Christopher Geier, RET |